trial, defendant's counsel moved for a dismissal of the complaint, upon the ground, among others, that the common council were prohibited by section 11 of chapter 876, Laws of 1869 (the tax-levy act), from creating the office of janitor. That section prohibits the common council from creating any new office or department. The court granted the motion and dis missed the complaint.

Exceptions were ordered to be heard, at first instance, at General Term. The General Term ordered judgment for plaintiff. *Held* as above, the court citing *Huber* v. *The People* (49 N. Y., 132), *In re Astor* (50 id., 363), and *The People ex rel.* v. *Crooks* (*ante*, p. 648).

*D. J. Dean* for the appellant.

*A. R. Lawrence, Jr.*, for respondent.

FOLGER, J., reads for affirmance.
All concur.
Judgment affirmed.

---

LYDIA PRENDERGAST, Administratrix, etc., Appellant, *v.* ELIZABETH BORST, Respondent.

(Argued September 29, 1873; decided November 11, 1873.)

DECIDED on the facts in the case.

*R. H. Underhill* for the appellant.

*J. E. Dewey* for the respondent.

RAPALLO, J., reads for affirmance. CHURCH, Ch. J., ALLEN and FOLGER, JJ., concur. GROVER and ANDREWS, JJ., do not vote. PECKHAM, J., dissents.
Judgment affirmed.